UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2018 OCT 19 P 12:50

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

In Re: Maureen DeGeorge

Case No.: 18-27374
Chapter: 7
Hearing Date: _____
Judge: Kaplan

## APPLICATION FOR ORDER SHORTENING TIME

The applicant **Maureen DeGeorge**, on behalf of **herself** requests that the time period to/for **motion for relief from stay in state court to proceed** as required by _____ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because: My support has been reduced to $1,116.47 a month, and my children and I can't financially exist on, I need to have my support in full.

2. State the hearing dates requested:
   October 29, 2018 @ 10:00 a.m.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 10/19/2018

_Maureen DeGeorge_
Signature

rev.8/1/15