FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number:  609–858–9333

Honorable Michael B. Kaplan, U.S. Bankruptcy Judge

| **CASE NUMBER:  18–27374–MBK** | **DATE FILED:: 8/30/18** |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Maureen A DeGeorge<br>xxx–xx–7741 | **ADDRESS OF DEBTOR(S):**<br><br>3 Hialeah Drive<br>Colts Neck, NJ 07722 |
| DEBTOR'S ATTORNEY:<br>Gary L. Mason<br>Garland & Mason, L.L.C.<br>Manalapan Corporate Plaza<br>195 Route 9 South, Suite 204<br>Manalapan, NJ 07726<br><br>732–358–2028 | TRUSTEE:<br>Andrea Dobin<br>Trenk DiPasquale<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695–6070 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

1/16/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy–forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

### IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.

Dated: October 19, 2018

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27374-MBK
Maureen A DeGeorge                                                        Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Oct 19, 2018
                             Form ID: noa              Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2018.
db         +Maureen A DeGeorge,    3 Hialeah Drive,   Colts Neck, NJ 07722-1214
517733371   Bruce DeGeorge,   1001 Whispering Way Apt 178,   Matawan, NJ 07747-1983
517730217   Bruce L. DeGeorge,   Villani & DeLuca, PC,   703 Richmond Ave,
             Point Pleasant Beach, NJ  08742-3041
517730218   Chase,   Cardmember Services,   PO Box 1423,   Charlotte, NC  28201-1423
517730221   Gatestone,   1000 N West St Ste 1200,   Wilmington, DE  19801-1058
517730223   Goldman Sachs Bank, USA,   PO Box 45400,   Salt Lake City, UT  84145-0400
517730224   Macy's,   PO Box 9001094,   Louisville, KY  40290-1094
517730225   PNC Bank,   PO Box 6534,   Carol Stream, IL  60197-6534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2018 00:12:33     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2018 00:12:28     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ  07102-5235
517787655   EDI: PHINAMERI.COM Oct 20 2018 03:43:00     Americredit Financial Services, Inc.,
             DBA GM Financial,   P.O Box 183853,   Arlington, TX 76096
517730215   EDI: AMEREXPR.COM Oct 20 2018 03:43:00     American Express,   PO Box 1270,
             Newark, NJ  07101-1270
517730216   EDI: BANKAMER.COM Oct 20 2018 03:43:00     Bank of America,   PO Box 15019,
             Wilmington, DE  19850-5019
517730219   EDI: CITICORP.COM Oct 20 2018 03:43:00     Citibank, N.A.,   PO Box 6077,
             Sioux Falls, SD  57117-6077
517730220   EDI: DISCOVER.COM Oct 20 2018 03:43:00     Discover,   PO Box 71084,
             Charlotte, NC  28272-1084
517730222   EDI: PHINAMERI.COM Oct 20 2018 03:43:00     GM Financial,   PO Box 78143,
             Phoenix, AZ  85062-8143
517730226  +EDI: RMCB.COM Oct 20 2018 03:43:00     RMCB,   4 Westchester Plz Ste 110,
             Elmsford, NY 10523-3835
517737360  +EDI: RMSC.COM Oct 20 2018 03:43:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              Andrea Dobin    ecftrusteead@trenklawfirm.com,   NJ55@ecfcbis.com
              Gary L. Mason   on behalf of Debtor Maureen A DeGeorge gary@garlandmasonlaw.com
              Kevin Gordon McDonald    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
              kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                 TOTAL: 4