| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>**McMANIMON,**<br>**SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*Proposed Attorneys for Chapter 7 Trustee,*<br> *Andrea Dobin* | Order Filed on October 31, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>DeGEORGE, Maureen A.,<br><br>Debtor. | Case No.:<br><br>Judge:<br><br>Chapter: | 18-27374<br><br>Michael B. Kaplan<br><br>7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER AUTHORIZING RETENTION OF McMANIMON SCOTLAND & BAUMANN, LLC, AS ATTORNEY TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 31, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Maureen A. DeGeorge |
| Case No.: | 18-27374 (MBK) |
| Applicant: | Andrea Dobin |

☒ Trustee: ☒ Chap. 7 ☐ Chap. 11 ☐ Chap. 12

☐ Debtor: ☐ Chap. 7 ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Professional: McManimon Scotland & Baumann, LLC

Address: 427 Riverview Plaza
Trenton, NJ 08611

☒ Attorney for:

☒ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer

☐ Other (specify):

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, McManimon Scotland & Baumann, LLC, to act as attorney for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is the date the Application is filed with the Court.

2