| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**McMANIMON,**<br>**SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*Proposed Attorneys for Chapter 7 Trustee,*<br> *Andrea Dobin* | Order Filed on October 31, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    DeGEORGE, Maureen A.,<br><br>        Debtor. | Case No.:    18-27374<br><br>Judge:    Michael B. Kaplan<br><br>Chapter:    7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER AUTHORIZING RETENTION OF McMANIMON SCOTLAND & BAUMANN, LLC, AS ATTORNEY TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 31, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Maureen A. DeGeorge

Case No.: 18-27374 (MBK)

Applicant: Andrea Dobin

- ☒ Trustee: ☒ Chap. 7  ☐ Chap. 11  ☐ Chap. 12
- ☐ Debtor: ☐ Chap. 7  ☐ Chap. 11  ☐ Chap. 13
- ☐ Official Committee of _____

Professional: McManimon Scotland & Baumann, LLC

Address: 427 Riverview Plaza
Trenton, NJ 08611

- ☒ Attorney for:
  - ☒ Trustee  ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☐ Accountant for:
  - ☐ Trustee  ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☐ Other Professional:
  - ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer
  - ☐ Other (specify):

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, McManimon Scotland & Baumann, LLC, to act as attorney for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is the date the Application is filed with the Court.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-27374-MBK
Maureen A DeGeorge                                                  Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin           Page 1 of 1           Date Rcvd: Oct 31, 2018
                          Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.
db             +Maureen A DeGeorge,    3 Hialeah Drive,    Colts Neck, NJ 07722-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2018 at the address(es) listed below:
      Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
      Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com
      Gary L. Mason    on behalf of Debtor Maureen A DeGeorge gary@garlandmasonlaw.com
      Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
       kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5