| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>McMANIMON SCOTLAND & BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>609.695.6070<br>*Proposed Attorneys for Chapter 7 Trustee*<br> *Andrea Dobin* | Order Filed on October 31, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>DeGEORGE, Maureen A.,<br><br>  Debtor. | Case No.: 18-27374<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER AUTHORIZING RETENTION OF
KELLER WILLIAMS REALTY EAST MONMOUTH AS REALTOR TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 31, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Maureen A. DeGeorge |
| Case No.: | 18-27374 (MBK) |
| Applicant: | Andrea Dobin |

☒ Trustee:   ☒ Chap. 7   ☐ Chap. 11

☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Professional: Keller Williams Realty East Monmouth

Address: 750 Broad Street
Shrewsbury, NJ 07702

☐ Attorney for:

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☒ Other Professional:

☒ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, Keller Williams Realty East Monmouth, to act as realtor for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is the date the Application is filed with the Court.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Maureen A DeGeorge  
      Debtor

Case No. 18-27374-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 31, 2018  
                            Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.  
db        +Maureen A DeGeorge,   3 Hialeah Drive,   Colts Neck, NJ 07722-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2018 at the address(es) listed below:  
        Andrea Dobin   ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
        Andrea Dobin   on behalf of Trustee Andrea Dobin adobin@msbnj.com  
        Gary L. Mason   on behalf of Debtor Maureen A DeGeorge gary@garlandmasonlaw.com  
        Kevin Gordon McDonald   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                      TOTAL: 5