Form 169 – ntccovert

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–27374–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maureen A DeGeorge
   3 Hialeah Drive
   Colts Neck, NJ 07722

Social Security No.:
   xxx–xx–7741

Employer's Tax I.D. No.:

**NOTICE OF HEARING
ON APPLICATION/MOTION TO CONVERT CASE**

   An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by Gary L. Mason, Attorney for Debtor.

   Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Michael B. Kaplan on:

Date:           December 10, 2018
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507


Dated: November 7, 2018
JAN: vpm

                                                            Jeanne Naughton
                                                            Clerk