Form 169 − ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−27374−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Maureen A DeGeorge
  3 Hialeah Drive
  Colts Neck, NJ 07722

Social Security No.:
  xxx−xx−7741

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

   An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by Gary L. Mason, Attorney for Debtor.

   Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Michael B. Kaplan on:

Date:              December 10, 2018
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507


Dated: November 7, 2018
JAN: vpm

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Maureen A DeGeorge  
    Debtor

Case No. 18-27374-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin              Page 1 of 1       Date Rcvd: Nov 07, 2018  
                      Form ID: 169            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2018.
```
db             +Maureen A DeGeorge,    3 Hialeah Drive,    Colts Neck, NJ 07722-1214
r              +Keller Williams Realty East Monmouth,    750 Broad Street,    Shrewsbury, NJ 07702-4230
517787655     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,    DBA GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
517730215      American Express,    PO Box 1270,    Newark, NJ  07101-1270
517730216      Bank of America,    PO Box 15019,    Wilmington, DE  19850-5019
517733371      Bruce DeGeorge,    1001 Whispering Way Apt 178,    Matawan, NJ 07747-1983
517730217      Bruce L. DeGeorge,    Villani & DeLuca, PC,    703 Richmond Ave,
                 Point Pleasant Beach, NJ  08742-3041
517730218      Chase,    Cardmember Services,    PO Box 1423,    Charlotte, NC  28201-1423
517730219      Citibank, N.A.,    PO Box 6077,    Sioux Falls, SD  57117-6077
517730222      GM Financial,    PO Box 78143,    Phoenix, AZ  85062-8143
517730221      Gatestone,    1000 N West St Ste 1200,    Wilmington, DE  19801-1058
517730223      Goldman Sachs Bank, USA,    PO Box 45400,    Salt Lake City, UT  84145-0400
517730224      Macy's,    PO Box 9001094,    Louisville, KY  40290-1094
517730225      PNC Bank,    PO Box 6534,    Carol Stream, IL  60197-6534
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 07 2018 23:53:03     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 07 2018 23:52:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517730220       E-mail/Text: mrdiscen@discover.com Nov 07 2018 23:51:58      Discover,   PO Box 71084,
                 Charlotte, NC  28272-1084
517832994       E-mail/Text: mrdiscen@discover.com Nov 07 2018 23:51:58      Discover Bank,
                 Discover Products Inc,   PO Box 3025,    New Albany, OH  43054-3025
517730226      +E-mail/Text: bkrpt@retrievalmasters.com Nov 07 2018 23:52:57      RMCB,
                 4 Westchester Plz Ste 110,    Elmsford, NY 10523-3835
517737360      +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 23:50:27      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 6

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)  
system on November 7, 2018 at the address(es) listed below:
```
              Andrea    Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Andrea    Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com
              Gary L. Mason     on behalf of Debtor Maureen A DeGeorge gary@garlandmasonlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```