UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GARLAND & MASON, L.L.C.
Manalapan Corporate Plaza
195 Route 9 South, Suite 204
Manalapan, NJ 07726
Ph: 732-358-2028
Fx: 732-358-2029
Email: gary@garlandmasonlaw.com
Attorneys for Debtor

In Re:

Maureen DeGeorge,

            Debtor.

Case No.: __18-27374__

Adv. Pro. No.: _____

Chapter: __7__

Hearing Date: _Dec. 19, 2018_

Judge: _Michael B. Kaplan_

## ADJOURNMENT REQUEST

1. I, __Gary L. Mason__,

    ☒ am the attorney for: __Debtor__,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: _Debtor's Motion to Convert from Chapter 7 to Chapter 13 (ECF #25)_

    Current hearing date and time: _Dec. 19, 2018_

    New date requested: _January 14, 2019_

    Reason for adjournment request: _Debtor needs additional time to review and respond to the chapter 7 trustee's 74 page opposition. Debtor's counsel has a trial scheduled on January 7, 2019 and, therefore, the next available motion date is January 14, 2019._

2. Consent to adjournment:

    ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

    The trustee does not consent to the adjournment because the debtor would not consent to the trustee's prior request for an adjournment. Although the debtor had hoped to have this motion decided promptly, the trustee's 74 page opposition requires review and an appropriate reply.

I certify under penalty of perjury that the foregoing is true.

Date: December 13, 2018                    /s/ Gary L. Mason
                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted             New hearing date: January 14, 2019 at 10:00 am       ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2