UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on March 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Maureen A DeGeorge

Case No.: 18-27374

Chapter: 7

Judge: Michael B. Kaplan

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 6, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____Gary L. Mason_____ for the reduction of time for a hearing on __Motion to Withdraw as Attorney_____
_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____March 25, 2019_____ at _10:00 am_ in the United States Bankruptcy Court, _____402 East State Street, Trenton, New Jersey 08608_____, Courtroom No. __8__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
_Trustee and any and all interested parties._____
_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,    ☒ overnight mail,    ☐ regular mail,    ☒ email,    ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,    ☐ overnight mail,    ☐ regular mail,    ☐ email,    ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

```
                      United States Bankruptcy Court
                           District of New Jersey
```

In re:                                                                Case No. 18-27374-MBK
Maureen A DeGeorge                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Mar 06, 2019
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.
db          +Maureen A DeGeorge,   3 Hialeah Drive,   Colts Neck, NJ 07722-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:
          Andrea  Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
          Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@msbnj.com
          Gary L. Mason    on behalf of Debtor Maureen A DeGeorge gary@garlandmasonlaw.com
          Kevin Gordon McDonald    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Michael A. Siravo, IV    on behalf of Trustee Andrea  Dobin msiravo@msbnj.com,
           msiravo@trenklawfirm.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                          TOTAL: 6