| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br><br> **GARLAND & MASON, L.L.C.** <br> Manalapan Corporate Plaza <br> 195 Route 9 South, Suite 204 <br> Manalapan, NJ 07726 <br> P: (732) 358-2028 <br> F: (732) 358-2029 <br> **Attorneys for Debtor** <br><br> **In re:** <br><br> **MAUREEN A. DeGEORGE,** <br><br> Debtor. | **Order Filed on March 25, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey** <br><br> **Case No. 18-27374** <br><br> **Chapter 7** <br><br> **Hon. Michael B. Kaplan** <br><br> **Hearing Date: March 25, 2019** <br> 10:00am |

## ORDER AUTHORIZING WITHDRAWAL OF COUNSEL

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: March 25, 2019**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

The Court having reviewed the motion of Garland & Mason, L.L.C. (the "Firm"), for an Order authorizing the Firm to withdraw as counsel for Maureen A. DeGeorge, the above-captioned chapter 7 debtor, and neither the debtor, the chapter 7 trustee nor any creditor having objected to the Firm's requested relief, it is hereby

**ORDERED** that:

1. The Firm's motion to be relieved as counsel for debtor herein be and the same hereby is granted.

2. Debtor be and is hereby authorized to proceed *pro so* in this matter.