| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br><br>**GARLAND & MASON, L.L.C.**<br>**Manalapan Corporate Plaza**<br>**195 Route 9 South, Suite 204**<br>**Manalapan, NJ 07726**<br>**P: (732) 358-2028**<br>**F: (732) 358-2029**<br>**Attorneys for Debtor**<br><br>_____<br><br>In re:<br><br>**MAUREEN A. DeGEORGE,**<br><br>                Debtor. | Order Filed on March 25, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 18-27374<br><br>Chapter 7<br><br>Hon. Michael B. Kaplan<br><br>Hearing Date: March 25, 2019<br>                      10:00am |

## ORDER AUTHORIZING WITHDRAWAL OF COUNSEL

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: March 25, 2019**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

1

The Court having reviewed the motion of Garland & Mason, L.L.C. (the "Firm"), for an Order authorizing the Firm to withdraw as counsel for Maureen A. DeGeorge, the above-captioned chapter 7 debtor, and neither the debtor, the chapter 7 trustee nor any creditor having objected to the Firm's requested relief, it is hereby

**ORDERED** that:

1. The Firm's motion to be relieved as counsel for debtor herein be and the same hereby is granted.

2. Debtor be and is hereby authorized to proceed *pro so* in this matter.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-27374-MBK
Maureen A DeGeorge                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Mar 25, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.
db             +Maureen A DeGeorge,    3 Hialeah Drive,    Colts Neck, NJ 07722-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:
        Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
        Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com
        Gary L. Mason    on behalf of Debtor Maureen A DeGeorge gary@garlandmasonlaw.com
        Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
         kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Michael A. Siravo, IV    on behalf of Trustee Andrea   Dobin msiravo@msbnj.com,
         msiravo@trenklawfirm.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                    TOTAL: 6