UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: DeGeorge, Maureen

Case No.: 18-27374(MBK)
Chapter: 7
Judge: Kaplan

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Andrea Dobin__, __Chapter 7 Trustee__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Jeanne Naughton, Clerk
402 East State St.
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __April 22, 2019__ at __10__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State St., Trenton, NJ__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: The Trustee sought to sell the Debtor's residence located at 3 Hialeah Drive, Colts Neck, NJ. She objected, but failed in her effort to convert to a Chapter 13. Debtor has now filed a Motion to compel abandonment. The Trustee filed a Motion to Compel Debtor to cooperate in the sale. The administration of the Estate has been delayed.

Pertinent terms of settlement: The Debtor has offered to pay the Estate $15,000 in exchange for a Quit Claim Deed transferring the Estate's interest in the property to the Debtor. In light of the delay that has occurred in this case and the eroding equity, the Trustee believes that this settlement is in the best interest of the Estate and its creditors.

Objections must be served on, and requests for additional information directed to:
Name: Andrea Dobin, Esq.
Address: 427 Riverview Plaza, Trenton, NJ 08611
Telephone No.: 609-695-6070

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-27374-MBK
Maureen A DeGeorge                                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2          Date Rcvd: Mar 26, 2019
                              Form ID: pdf905            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db             +Maureen A DeGeorge,    3 Hialeah Drive,    Colts Neck, NJ 07722-1214
r              +Keller Williams Realty East Monmouth,    750 Broad Street,    Shrewsbury, NJ 07702-4230
517787655     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:   Americredit Financial Services, Inc.,    DBA GM Financial,
                P.O Box 183853,    Arlington, TX 76096)
517730215      American Express,    PO Box 1270,   Newark, NJ  07101-1270
517922453      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
517730216      Bank of America,   PO Box 15019,   Wilmington, DE  19850-5019
517733371      Bruce DeGeorge,   1001 Whispering Way Apt 178,   Matawan, NJ 07747-1983
517730217      Bruce L. DeGeorge,    Villani & DeLuca, PC,   703 Richmond Ave,
                Point Pleasant Beach, NJ  08742-3041
517730218      Chase,   Cardmember Services,    PO Box 1423,    Charlotte, NC  28201-1423
517920441     +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
517730219      Citibank, N.A.,    PO Box 6077,   Sioux Falls, SD  57117-6077
517730222      GM Financial,   PO Box 78143,   Phoenix, AZ  85062-8143
517730221      Gatestone,   1000 N West St Ste 1200,    Wilmington, DE  19801-1058
517730223      Goldman Sachs Bank, USA,    PO Box 45400,   Salt Lake City, UT  84145-0400
517730224      Macy's,   PO Box 9001094,    Louisville, KY  40290-1094
517730225      PNC Bank,   PO Box 6534,   Carol Stream, IL  60197-6534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2019 00:02:28      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2019 00:02:24      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517730220      E-mail/Text: mrdiscen@discover.com Mar 27 2019 00:01:11      Discover,   PO Box 71084,
                Charlotte, NC  28272-1084
517832994      E-mail/Text: mrdiscen@discover.com Mar 27 2019 00:01:11      Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
517730226     +E-mail/Text: bkrpt@retrievalmasters.com Mar 27 2019 00:02:21      RMCB,
                4 Westchester Plz Ste 110,   Elmsford, NY 10523-3835
517737360     +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 00:05:08      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
517925785     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 00:05:26      Verizon,
                by American InfoSource as agent,   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
          Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
          Andrea   Dobin    on behalf of Trustee Andrea  Dobin adobin@msbnj.com
          Gary L. Mason    on behalf of Debtor Maureen A DeGeorge gary@garlandmasonlaw.com
          Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Mar 26, 2019
                              Form ID: pdf905            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Michael A. Siravo, IV    on behalf of Trustee Andrea  Dobin msiravo@msbnj.com, msiravo@trenklawfirm.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                   TOTAL: 6