**Order Filed on April 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Maureen A. DeGeorge

Case No.: 18-27374

Hearing Date: April 15, 2019

Judge: Michael B. Kaplan

## ORDER GRANTING IN PART ABANDONMENT OF PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: April 17, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor:     Maureen A. DeGeorge

Case no:    18-27374

The Court having reviewed the movant's Motion to Compel Abandonment and close bankruptcy.

**ORDERED** that: Trustee is directed to file a Notice of Intention to Abandon Property -3 Hialeah Drive, Colts Neck, New Jersey 07722 back to the debtor, with any Objections to be heard on May 20, 2019 at 10:00 a.m.