**Order Filed on April 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Maureen A. DeGeorge

Case No.: 18-27374

Hearing Date: April 15, 2019

Judge: Michael B. Kaplan

ORDER GRANTING IN PART ABANDONMENT OF PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: April 17, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor:     Maureen A. DeGeorge

Case no:    18-27374

The Court having reviewed the movant's Motion to Compel Abandonment and close bankruptcy.

**ORDERED** that: Trustee is directed to file a Notice of Intention to Abandon Property -3 Hialeah Drive, Colts Neck, New Jersey 07722 back to the debtor, with any Objections to be heard on May 20, 2019 at 10:00 a.m.

United States Bankruptcy Court
District of New Jersey

In re:  
Maureen A DeGeorge  
    Debtor

Case No. 18-27374-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Apr 17, 2019  
                             Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.  
db         +Maureen A DeGeorge,    3 Hialeah Drive,    Colts Neck, NJ 07722-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:  
           Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com  
           Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com  
           Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Michael A. Siravo, IV    on behalf of Trustee Andrea   Dobin msiravo@msbnj.com, msiravo@trenklawfirm.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                            TOTAL: 5