**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Maureen A DeGeorge** <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–7741 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–27374–KCF | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maureen A DeGeorge

7/3/19                                                                 **By the court:**  Kathryn C. Ferguson
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-27374-KCF
Maureen A DeGeorge                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jul 03, 2019
                        Form ID: 318             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2019.
```
db             +Maureen A DeGeorge,    3 Hialeah Drive,     Colts Neck, NJ 07722-1214
r              +Keller Williams Realty East Monmouth,    750 Broad Street,    Shrewsbury, NJ 07702-4230
517733371       Bruce DeGeorge,    1001 Whispering Way Apt 178,    Matawan, NJ 07747-1983
517730217       Bruce L. DeGeorge,    Villani & DeLuca, PC,    703 Richmond Ave,
                 Point Pleasant Beach, NJ  08742-3041
517730218       Chase,    Cardmember Services,    PO Box 1423,    Charlotte, NC  28201-1423
517920441      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517730221       Gatestone,    1000 N West St Ste 1200,    Wilmington, DE  19801-1058
517730223       Goldman Sachs Bank, USA,    PO Box 45400,    Salt Lake City, UT  84145-0400
517730224       Macy's,    PO Box 9001094,    Louisville, KY  40290-1094
517730225       PNC Bank,    PO Box 6534,    Carol Stream, IL  60197-6534
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2019 22:33:23      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2019 22:33:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517787655       EDI: PHINAMERI.COM Jul 04 2019 02:13:00      Americredit Financial Services, Inc.,
                 DBA GM Financial,    P.O Box 183853,    Arlington, TX 76096
517730215       EDI: AMEREXPR.COM Jul 04 2019 02:13:00      American Express,    PO Box 1270,
                 Newark, NJ  07101-1270
517922453       EDI: BECKLEE.COM Jul 04 2019 02:13:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517730216       EDI: BANKAMER.COM Jul 04 2019 02:13:00      Bank of America,    PO Box 15019,
                 Wilmington, DE  19850-5019
517730219       EDI: CITICORP.COM Jul 04 2019 02:13:00      Citibank, N.A.,    PO Box 6077,
                 Sioux Falls, SD  57117-6077
517730220       EDI: DISCOVER.COM Jul 04 2019 02:13:00      Discover,    PO Box 71084,
                 Charlotte, NC  28272-1084
517832994       EDI: DISCOVER.COM Jul 04 2019 02:13:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
517730222       EDI: PHINAMERI.COM Jul 04 2019 02:13:00      GM Financial,    PO Box 78143,
                 Phoenix, AZ  85062-8143
517730226      +EDI: RMCB.COM Jul 04 2019 02:13:00      RMCB,    4 Westchester Plz Ste 110,
                 Elmsford, NY 10523-3835
517737360      +EDI: RMSC.COM Jul 04 2019 02:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517925785      +EDI: AIS.COM Jul 04 2019 02:13:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 13
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:
```
              Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jul 03, 2019
                              Form ID: 318             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael A. Siravo, IV    on behalf of Trustee Andrea  Dobin msiravo@msbnj.com, msiravo@trenklawfirm.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                       TOTAL: 5